UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-28399 |
| ARTHUR SMITH and FRANCES SMITH | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ALLOWING FAIR DEAL OF ILLINOIS'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO 8718 SOUTH KINGSTON AVENUE, CHICAGO, ILLINOIS 60617 REGARDING PIN 26-06-102-022-0000

This cause coming to be heard on the Motion to Modify the Automatic Stay by FAIR DEAL OF ILLINOIS, INC., as to 8718 SOUTH KINGSTON AVENUE, CHICAGO, ILLINOIS 60617 REGARDING PIN 26-06-102-022-0000 due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

That the automatic stay pursuant to 11 USC 362 is modified as to 8718 SOUTH KINGSTON AVENUE, CHICAGO, ILLINOIS 60617 REGARDING PIN 26-06-102-022-0000 regarding PIN 22-20-404-016-0000 to permit FAIR DEAL OF ILLINOIS, INC. to proceed pursuant to non-bankruptcy law including but limited to the requested entry and/or entry of a Tax Deed regarding 8718 SOUTH KINGSTON AVENUE, CHICAGO, ILLINOIS 60617 REGARDING PIN 26-06-102-022-0000.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 15, 2015

**Prepared by:**

Paul M. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Suite 150
Oak Brook, Illinois 60523
(630) 575 8181